583 A.2d 331

STATE OF NEW JERSEY v. GREGORY J. BARTHOLOMEW.

March 7, 1990.

Petition for certification denied.

583 A.2d 331

STATE OF NEW JERSEY v. GREGORY J. BARTHOLOMEW.

March 7, 1990.

Petition for certification denied.

583 A.2d 332

FERRARA AND WALDMAN, P.A. v. BOROUGH OF GLASSBORO.

March 7, 1990.

Petition for certification denied.

583 A.2d 332

A. LI GREGNI AND COMPANY, ETC. v. MAYOR AND BOARD OF
ALDERMEN OF THE TOWN OF
DOVER AND JOSEPH BLAHOVEC.

March 7, 1990.

Petition for certification denied.